■     In the Matter of ALFAWN F. PETTIT, Respondent, v. THOMAS J. PETTIT, Appellant.— Order of the Family Court, Nassau County, dated August 16, 1968, affirmed, without costs. In our opinion, appellant failed to sustain the burden of proof to show the invalidity of the marriage between the parties (*Matter of Durgo*, 261 App. Div. 236, affd. 287 N. Y. 595; *Apelbaum* v. *Apelbaum*, 7 A D 2d 911; *De Milio* v. *New York State Thruway Auth.*, 235 N. Y. S. 2d 642). Christ, Acting P. J., Brennan, Rabin, Hopkins and Kleinfeld, JJ., concur.